```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA


DE LAGE LANDEN OPERATIONAL       :          CIVIL ACTION
SERVICES, LLC                    :
                                 :
          v.                     :
                                 :
THIRD PILLAR SYSTEMS, INC.       :          NO. 09-2439
```

## ORDER

AND NOW, this 5th day of March, 2010, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the claims of plaintiff De Lage Landen Operational Services, LLC for promissory estoppel (Count 3) and unjust enrichment (Count 4) are DISMISSED.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                  C.J.