IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DE LAGE LANDEN OPERATIONAL : CIVIL ACTION
SERVICES, LLC :
  :
  v. :
  :
THIRD PILLAR SYSTEMS, INC. : NO. 09-2439

ORDER

AND NOW, this 27th day of August, 2010, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of defendant Third Pillar Systems, Inc. to amend its answer and counterclaim is GRANTED in part and DENIED in part;

(2) the motion is GRANTED to the extent that defendant seeks to remove references to Counts III, IV, and V of the complaint, which the court dismissed on March 5, 2010, from its answer; and

(3) the motion is otherwise DENIED.

BY THE COURT:

/s/ Harvey Bartle III
C.J.