IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


DE LAGE LANDEN OPERATIONAL      :      CIVIL ACTION
SERVICES, LLC                   :
                                :
          v.                    :
                                :
THIRD PILLAR SYSTEMS, INC.      :      NO. 09-2439


ORDER


AND NOW, this 10th day of December, 2010, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant Third Pillar Systems, Inc. for summary judgment is DENIED.

BY THE COURT:


/s/ Harvey Bartle III
                                                    C.J.