IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DE LAGE LANDEN OPERATIONAL : 
SERVICES, LLC : CIVIL ACTION
 : 
 v. : 
 : 
THIRD PILLAR SYSTEMS, INC. : NO. 09-2439

ORDER

AND NOW, this 26th day of January, 2011, for the reasons set forth in the accompanying Memorandum including Findings of Fact and Conclusions of Law, it is hereby ORDERED that:

(1) the motion of plaintiff De Lage Landen Operational Services, LLC ("De Lage Landen") for contempt sanctions against defendant Third Pillar Systems, Inc. ("Third Pillar") for violation of the permanent injunction (Doc. No. 141) is GRANTED;

(2) Third Pillar shall pay to De Lage Landen its reasonable fees and costs, including expert fees, associated with the filing of its motion for contempt. Within twenty days of this order, De Lage Landen shall file and serve a bill of costs with an explanation and with reasonable detail. Third Pillar shall file and serve any response within fourteen days, and De Lage Landen shall file and serve any reply within ten days after service of Third Pillar's response;

(3)   Third Pillar shall certify to the court within thirty days of this Order its compliance with the March 5, 2010 Permanent Injunction; and

(4)   within ten days of its certification of compliance with this court's March 5, 2010 Permanent Injunction, Third Pillar shall provide to De Lage Landen its detailed remediation plan explaining and identifying the steps it has taken and shall make available to De Lage Landen's expert Susan Spielman the remediated software code for inspection at Third Pillar's expense.

BY THE COURT:


/s/ Harvey Bartle III
                                    C.J.