IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DE LAGE LANDEN OPERATIONAL : CIVIL ACTION
SERVICES, LLC :
:
v. :
:
THIRD PILLAR SYSTEMS, LLC : NO. 09-2439

ORDER

AND NOW, this 23rd day of March, 2011, in consideration of the "emergency motion to vacate, stay, or in the alternative extend the time for compliance" of defendant Third Pillar Systems, LLC (Doc. No. 190) and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion to vacate is DENIED;

(2) the motion to stay is DENIED; and

(3) the motion for certification of this court's January 26, 2011 order for review under 28 U.S.C. § 1292(b) is DENIED.

BY THE COURT:


/s/ Harvey Bartle III
C.J.