```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


DE LAGE LANDEN OPERATIONAL      :        CIVIL ACTION
SERVICES, LLC                   :
                                :
         v.                     :
                                :
THIRD PILLAR SYSTEMS, INC.      :        NO. 09-2439
```

ORDER

AND NOW, this 6th day of April, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the Bill of Costs of De Lage Landen Operational Services, LLC is GRANTED; and

(2)  Third Pillar Systems, Inc. pay the reasonable attorneys' fees and expert fees of De Lage Landen Operational Services, LLC in the amount of $193,440.75.

BY THE COURT:


/s/ Harvey Bartle III
                                                      C.J.