IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DE LAGE LANDEN OPERATIONAL : CIVIL ACTION
SERVICES, LLC :
 :
      v. :
 :
THIRD PILLAR SYSTEMS, LLC : NO. 09-2439

## ORDER

AND NOW, this 9th day of May, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant Third Pillar Systems, LLC to preclude the opinion evidence of Barry Sussman is GRANTED as to his testimony regarding a reasonable royalty.

BY THE COURT:


/s/ Harvey Bartle III
                                                      C.J.