```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

DE LAGE LANDEN OPERATIONAL    :    CIVIL ACTION
SERVICES, LLC                 :
                              :
        v.                    :
                              :
THIRD PILLAR SYSTEMS, INC.    :    NO. 09-2439

<u>ORDER</u>

AND NOW, this 2nd day of February, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the motion of plaintiff De Lage Landen Operational Services, LLC in limine to introduce evidence in support of unjust enrichment damages and/or a reasonable royalty for Third Pillar's Misappropriation of plaintiff's trade secrets (Doc. #285) is GRANTED to the extent that plaintiff may introduce into evidence the deposition testimony of Dr. James Woods in support of unjust enrichment damages, but the motion is otherwise DENIED; and

(2)  the renewed motion of defendant Third Pillar Systems, Inc. for summary judgment (Doc. #291) is DENIED.

                                    BY THE COURT:


                                    /s/ Harvey Bartle III
                                                      J.