```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA


DE LAGE LANDEN OPERATIONAL       :       CIVIL ACTION
SERVICES, LLC                    :
                                 :
        v.                       :
                                 :
THIRD PILLAR SYSTEMS, INC.       :       NO. 09-2439
```

ORDER

   AND NOW, this 2nd day of February, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

   (1)  the motion of plaintiff De Lage Landen Operational Services, LLC in limine to introduce evidence in support of unjust enrichment damages and/or a reasonable royalty for Third Pillar's Misappropriation of plaintiff's trade secrets (Doc. #285) is GRANTED to the extent that plaintiff may introduce into evidence the deposition testimony of Dr. James Woods in support of unjust enrichment damages, but the motion is otherwise DENIED; and

   (2)  the renewed motion of defendant Third Pillar Systems, Inc. for summary judgment (Doc. #291) is DENIED.

            BY THE COURT:


            /s/ Harvey Bartle III
                       J.