IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DE LAGE LANDEN OPERATIONAL SERVICES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> THIRD PILLAR SYSTEMS, INC., <br><br> Defendant. | Civil Action <br><br> No. 09-cv-02439-HB |

## JOINT STIPULATION OF DISMISSAL PURSUANT
## TO RULE 41 OF THE FEDERAL AND LOCAL RULES OF CIVIL PROCEDURE

AND NOW, this **10th** day of May 2012, it is hereby ORDERED and DECREED by the Court, on the Joint Stipulation of the parties, as follows:

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned attorneys for the respective parties hereto, that pursuant to Rule 41 of the Federal and Local Rules of Civil Procedure and in accordance with the parties' settlement agreement, Plaintiff De Lage Landen Operational Services, LLC, by and through its undersigned attorneys, and Defendant Third Pillar Systems, Inc., by and through its undersigned attorneys, that the above captioned lawsuit is hereby dismissed with prejudice, without any award of fees or costs by the Court.

| **BLANK ROME LLP** | **DRINKER BIDDLE & REATH** |
|---|---|
| By:  /s/ Daniel E. Rhynhart <br> DANIEL E. RHYNHART <br> STEPHEN E. GROSS <br> DANIEL S. MORRIS <br> One Logan Square <br> Philadelphia, PA 19103 <br> Rhynhart@blankrome.com <br> (215) 569-5500 – phone | By:  /s/ John Chesney <br> JOHN CHESNEY <br> ALICIA D. HICKOK <br> TARA S. SAROSIEK <br> One Logan Square <br> Philadelphia, PA 19103 <br> John.Chesney@dbr.com <br> (215) 988-2842 – phone |

(215) 832-5371 – fax

*Attorneys for Plaintiff De Lage Landen Operational Services, LLC*

Dated: May 9, 2012

(215) 988-2757 – fax

*Attorneys for Defendant Third Pillar Systems, Inc.*

Dated: May 9, 2012

SO ORDERED, this ___ day of May, 2012.

BY THE COURT:

_____
HON. HARVEY BARTLE III, U.S.D.J.

## CERTIFICATE OF SERVICE

I, Daniel E. Rhynhart, hereby certify that on this 9th day of May, 2012, I caused a copy of Plaintiff, De Lage Landen Operational Services, LLC's and Defendant, Third Pillar Systems, Inc.'s Joint Stipulation of Dismissal Pursuant to Rule 41 of the Federal and Local Rules of Civil Procedure to be served:

Via hand delivery pursuant to the Honorable Harvey Bartle III's Policies and Procedures upon:

Honorable Harvey Bartle III
601 Market Street
Courtroom 16614
Philadelphia, PA 19106; and

via U.S. First Class mail and email, per agreement of the parties, upon counsel of record noted below:

Peter K. Taaffe
Anthony G. Buzbee
THE BUZBEE LAW FIRM
ptaaffe@txattorneys.com
Tbuzbee@txattorneys.com

Richard R. Harris
OGLETREE DEAKINS
Richard.harris@ogletreedeakins.com

John Chesney
D. Alicia Hickok
Mark H. M. Sosnowsky
Tara S. Sarosiek
DRINKER BIDDLE & REATH LLP
John.Chesney@dbr.com
Alicia.Hickok@dbr.com
Mark.Sosnowsky@dbr.com
Tara.Sarosiek@dbr.com

*Attorneys for Third Pillar Systems, Inc.*

/s/ Daniel E. Rhynhart
DANIEL E. RHYNHART